IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 06-CR-41 (DF) |
| **TRAVIS MONTFORD a/k/a "Bear,"** | VIOLATIONS: FIREARMS RELATED |
| Defendant | |

# O R D E R

IT APPEARING that the U. S. Probation Office supervising defendant TRAVIS MONTFORD, a/k/a "Bear" has been unable to locate said defendant to serve upon him the summons heretofore issued at the direction of the undersigned, and that the defendant's whereabouts is unknown,

IT IS ORDERED AND DIRECTED that the Clerk of Court issue a WARRANT forthwith for his ARREST. Upon the arrest of the defendant, he shall appear before the undersigned to answer allegations set forth in the PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE filed herein on August 4, 2006.

SO ORDERED AND DIRECTED, this 16th day of AUGUST, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE