IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 06-CR-41 (DF) |
| TRAVIS MONTFORT, | RE: VIOLATION OF CONDITIONS OF RELEASE |
| Defendant | |

## O R D E R

The government has heretofore filed a PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE alleging that defendant TRAVIS MONTFORT violated conditions of release by failing to report for drug urinalysis on or about June 17th, June 22nd, and July 10th of 2006; by testing positive for the presence of marijuana on or about May 31st and June 29th of 2006; and, by failing to notify the Probation Office of his change of residence. Defendant MONTFORT this day appeared before the undersigned for a hearing on the government's motion; he was represented by Mr. Jack W. Jenkins, Jr. of the Macon Bar. The government was represented by Assistant U. S. Attorney Michael T. Solis.

Based on the statements of the defendant, counsel for the defendant, and U. S. Probation Officer Tony W. Elder, the undersigned finds that defendant MONTFORT has violated conditions of pretrial release as alleged in the PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE, as amended.

Accordingly, IT IS ORDERED AND DIRECTED:

(1) that disposition of this matter be, and it is, **CONTINUE**D until further order of the court;

(2) that, in the meantime,

> (a) defendant MONTFORT shall be **released from custody** and shall continue under pretrial supervision subject to all of the conditions heretofore imposed upon him;
>
> (b) that defendant MONTFORT is specifically ordered to refrain from the use of illegal drugs and to submit to drug testing as directed by the U. S. Probation Office;
>
> (c) that defendant MONTFORT is specifically ordered to attend drug treatment and counseling if directed to do so by the Probation Office;
>
> (d) that defendant MONTFORT is specifically ordered to report to his pretrial service/probation officer as directed and keep the U. S. Probation Office informed of his residence; and,
>
> (e) that defendant MONTFORT'S probation officer shall **immediately** notify the court if defendant MONTFORT fails to abide by the above-stated orders and/or any other provisions of the Order of Pretrial Release.

IN THE EVENT OF <u>REPORTED</u> VIOLATIONS, THE COURT WILL IMMEDIATELY ENTER AN ORDER REVOKING MR. MONTFORT'S SENTENCE OF PROBATION AND REMAND HIM TO THE CUSTODY OF THE U. S. MARSHAL *<u>WITHOUT FURTHER HEARING</u>*, BASED SOLELY UPON THE VIOLATIONS THIS DAY FOUND BY THE COURT.

SO ORDERED AND DIRECTED, this 13th day of NOVEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE