IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>TRAVIS MONTFORT,<br><br>Defendant | NO. 5: 06-CR-41 (CAR)<br><br>RE: VIOLATION OF CONDITIONS OF RELEASE |

## ORDER OF REVOCATION AND DETENTION

Defendant TRAVIS MONTFORT, represented by legal counsel Mr. Jack W. Jenkins, Jr. of the Macon Bar, on November 13, 2007, appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on a **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** filed by U.S. Probation Officer Tony W. Elder, Jr. on August 4, 2006. The government was represented by Assistant U.S. Attorney Michael T. Solis. The defendant admitted the violations set forth in Mr. Elder's petition; the court found him to be in violation of conditions of pretrial release imposed upon him on May 15, 2006, but continued disposition until further order of court. Based upon the admissions made by defendant MONTFORT on November 13, 2006, the court now enters the following disposition.

In addition, defendant MONTFORD this day appeared before the undersigned after having been taken into custody by the U. S. Marshals Service. He was once again represented by Mr. Jenkins, and the government was once again represented by AUSA Solis. The parties agreed that the defendant should be held in custody pending sentencing before Judge C. Ashley Royal based not only on the findings of the November 13, 2006 hearing, but also because the defendant had failed to appear for sentencing before Judge Royal on April 26, 2007 and had absconded from supervision.

Accordingly, **IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered May 15, 2006, be, and it is, **REVOKED** and that the defendant be DETAINED based upon the foregoing findings. The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility pending disposition of his case. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 15th day of FEBRUARY, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE